No. 85, Misc. BASCELIO *v.* MAYO, STATE PRISON CUSTODIAN; and

No. 210, Misc. BARBER *v.* BANNAN, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus and for other relief denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 104, Misc. AKINS *v.* TINSLEY;

No. 220, Misc. McCORKLE *v.* BANMILLER, SUPERINTENDENT, EASTERN STATE PENITENTIARY; and

No. 241, Misc. CULLEY *v.* MARYLAND. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.